**FILED**
**NOVEMBER 8, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DANIEL POOLE v. VILLAGE OF BURBANK, a Municipal Corporation, VILLAGE OF BURBANK POLICE DEPARTMENT, OFFICERS KARA KUSH, Star No. 119, and GREGORY PEROVICH, Star No. 134, sued in their individual and official capacities as officers of the Village of Burbank Police Department

Case Number: **07 C 6355**

**JUDGE BUCKLO**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DANIEL POOLE, Plaintiff

**CEM**

| NAME (Type or print) |
| --- |
| Anthony J. Masciopinto |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Anthony J. Masciopinto |
| FIRM |
| Kulwin, Masciopinto & Kulwin, LLP |
| STREET ADDRESS |
| 161 N. Clark St., Suite 2500 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6208097 | 312/641-0300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |