IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL POOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6355 |
| | ) | |
| VILLAGE OF BURBANK, a Municipal Corporation, VILLAGE OF BURBANK POLICE DEPARTMENT OFFICERS KARA KUSH, Star No. 119, and GREGORY PEROVICH, Star No. 134, sued in their individual and official Capacities as officers of the Village of Burbank Police Department, | ) ) ) ) ) ) ) | Judge Bucklo<br><br>Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

     I, the undersigned, an attorney, on oath state:  I served a copy of the Defendants' Answer to Plaintiff's Complaint by e-mailing a copy to the CMT System for the Northern District of Illinois on November 26, 2007.


                                                                                                  S/       Joseph Cainkar


JOSEPH CAINKAR - #06281109
LOUIS F. CAINKAR, LTD.
Attorneys for Defendants
30 North LaSalle Street - #3922
Chicago, Illinois 60602-3333
312/236-3985