**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DANIEL POOLE,                              )
                                           )
                     Plaintiff,            )
                                           )
        v.                                 )        No. 07 C 6355
                                           )
VILLAGE OF BURBANK, a Municipal            )        Judge Bucklo
Corporation, VILLAGE OF BURBANK POLICE     )
DEPARTMENT OFFICERS KARA KUSH,             )        Magistrate Judge Schenkier
Star No. 119, and GREGORY PEROVICH,        )
Star No. 134, sued in their individual and official )
Capacities as officers of the Village of Burbank )
Police Department,                         )
                                           )
                     Defendants.           )

**NOTICE OF MOTION**

TO:     See attached service list.

        On December 20, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, I
shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the
courtroom usually occupied by her in Room 2541, at 219 South Dearborn, Chicago, Illinois
60604,  and present:

        Defendants' Motion to Supplement Their Affirmative Defenses to Plaintiff's Complaint
Instanter; a copy of which is attached hereto.


                                   S/_____Joseph Cainkar_____


JOSEPH CAINKAR - 06281109
MICHAEL G. CAINKAR - 06182679
LOUIS F. CAINKAR, LTD.
Attorneys for the Defendants
30 North LaSalle Street - #3922
Chicago, Illinois 60602-3333
(312) 236-3985

**SERVICE LIST**

Shelly B. Kulwin
Anthony J. Masciopinto
Jeffrey R. Kulwin
KULWIN, MASCIOPINTO & KULWIN, LLP
161 North Clark Street, Suite 2500
Chicago, IL 60601


Marvin I. Bloom
LAW OFFICES OF MARVIN BLOOM
53 West Jackson Boulevard, Suite 1430
Chicago, IL 60604


## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state: I served a copy of the Notice of Motion by e-mailing a copy to the CMT System for the Northern District of Illinois on December 13, 2007.



S/_____Joseph Cainkar_____