UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Daniel Poole
                    Plaintiff,

v.                                        Case No.: 1:07−cv−06355
                                                        Honorable Elaine E. Bucklo

Village of Burbank, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 19, 2007:

      MINUTE entry before Judge Elaine E. Bucklo : Defendants' motion (13) to supplement their affirmative defenses to plaintiff's complaint instanter is granted. Scheduling conference is set for January 30, 2008 at 9:30 a.m. At least three days prior to the conference, the parties shall meet and e−file a report in the form found on Judge Bucklo's web page under Report of Parties' Planning meeting. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.