UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DANIEL POOLE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 6355 |
| v. | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| **VILLAGE OF BURBANK,**   *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF FILING

To:   Joseph Cainkar
      LOUIS F. CAINKAR, LTD.
      30 N. LaSalle St., Suite 3922
      Chicago, IL 60602

      PLEASE TAKE NOTICE that on **January 25, 2008** there was filed with the Clerk of Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, **Report of Parties' Planning Meeting**, a copy of which is attached hereto and served upon you.

CERTIFICATE OF SERVICE

      I, Jeffrey R. Kulwin, an attorney, on oath state that I served copies of the aforementioned documents, along with this Proof of Service to the attorney(s) listed above via electronic filing on this January 25, 2008 before 5:00 p.m.

                                                      /s/ Jeffrey R. Kulwin

Shelly B. Kulwin
Jeffrey R. Kulwin
KULWIN, MASCIOPINTO & KULWIN, LLP
161 N. Clark Street, Suite 2500
Chicago, IL 60601
312\641-0300