**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Daniel Poole
                Plaintiff,

v.                                 Case No.: 1:07−cv−06355
                                         Honorable Elaine E. Bucklo

Village of Burbank, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :The court approved parties' scheduling order. Fact discovery ordered closed by 6/30/2008.; and expert discovery by 9/30/08.Dispositive motions with supporting memoranda due by 7/31/2008. Pretrial Order due by 9/19/2008. Motions in limine with supporting memoranda due by 9/19/2008.Responses due by 10/3/2008.Pretrial Conference set for 10/16/2008 at 04:00 PM. Status hearing set for 4/4/2008 at 09:30 AM. Jury Trial set for 10/20/2008 at 09:30 AM. Scheduling conference set for 1/30/08 is now vacated.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.