KULWIN
MASCIOPINTO
KULWIN

March 7, 2008

*Via Certified Mail -*
*Return Receipt Requested and Facsimile*
Custodian of Records
Village of Elk Grove Police Department
900 Wellington Ave.
Elk Grove, IL 60007

   Re:   *Daniel Poole v. City of Burbank, et al.;* No. 07 C 6355

Dear Sir or Madam:

   Enclosed please find a subpoena for records in the above referenced matter. Please advise our office of any copying costs for the reproduction of these documents and I will ensure that you receive a check for the same.

   In the meantime, please do not hesitate to contact me directly if you have any questions. Thank you for your attention to this matter.

       Very truly yours,

       KULWIN, MASCIOPINTO & KULWIN, LLP

       By:_____
        Jeffrey R. Kulwin

JRK:av
Encl.



EXHIBIT
A

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

NORTHERN     DISTRICT OF     ILLINOIS

Daniel Poole

V.

City of Burbank, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07 C 6355

TO:   Custodian of Records
Elk Grove Village Police Department
900 Wellington Ave., Elk Grove, IL  60007

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

## PLEASE SEE ATTACHED RIDER

| PLACE   Kulwin, Masciopinto & Kulwin, LLP<br>161 N. Clark Street, Suite 2500, Chicago, IL  60601 | DATE AND TIME<br>3/28/2008  9:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Jeffrey R. Kulwin, Attorney for Plaintiff | DATE<br>3/7/2008 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jeffrey R. Kulwin, KULWIN, MASCIOPINTO & KULWIN
161 N. Clark Street, Suite 2500, Chicago, IL  60601,  312/641-0300

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL POOLE, | ) | |
| | ) | No. 06 C 6355 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| CITY OF BURBANK, et al. | ) | |
| | ) | |
| Defendant | ) | |

## DOCUMENT SUBPOENA RIDER

## DEFINITIONS AND INSTRUCTIONS

1.      "Document": As used herein the word "document" shall mean and include all tangible items whenever made including, but not limited to, letters, notes, emails, invoices, reports, memoranda, transcripts, working papers, correspondence, phone messages, instructions, records, diaries, calendars, minutes, articles, charts, graphs, drawings, schematics, tables, papers, checks or money orders, any audio, photographic or video recording, any magnetic card, memory disc or data stored in any other data or word processing system, computer programs and printouts, and all other instruments and writings of every sort, whether handwritten, typewritten, printed, copied, photographed, photostated or otherwise prepared or reproduced.  The word "document" includes drafts, preliminary versions and subsequently altered copies of every such document.  This request calls for production of each and every copy of such document that is not an exact duplicate of another copy which is produced.   In instances where two or more exact duplicates are available, the request calls for production of the most legible copy.

2.      "Communication," as used herein, means any exchange of words, thoughts or ideas, whether by documentation, orally, or other means.

3.      "The Village" refers to the Village of Elk Grove, its employees, agents and/or affiliates.

4.      "Relating to" as used herein, means referring to, reflecting or to be related in any manner logically, factually, indirectly, or directly to the matter discussed.

5.      "Police Department" as used herein refers to Elk Grove Village Police Department including its employees, officers, subsidiaries, divisions, agents, servants,

auditors and/or affiliates.

6.    "Plaintiff" as used herein refers to Daniel Poole, his agents, servants, and/or affiliates.

7.    The Village and/or the Police Department are requested to identify all documents for which they claim any privileges (including attorney work product) in their response to this subpoena and state the basis upon which the claim or privilege is being made. As used herein, the term "identify" when referring to a document, shall mean to set forth the following information:

(1)    Date, nature and general subject matter of the document.

(2)    Paragraphs of this request which are applicable;

(3)    Identity of person or persons preparing the document;

(4)    Identity of any person or persons whom the contents of the document have already been communicated; and

(5)    The identity of the persons or entities now in the possession or control of the document.

## DOCUMENT REQUESTS

The Village and/or the Police Department are requested to produce the following documents:

1.    All documents relating to the Police Department's investigation and involvement with Plaintiff arising out of an accident which occurred on November 16, 2007.

2.    All communications relating to the Police Department's investigation and involvement with Plaintiff arising out of an accident which occurred on November 16, 2007.

3.    All documents which relate to any communications between the Police Department and the Village of Burbank Police Department relating to Plaintiff.

4.    All documents which relate to the reasons why the Police Department pursued and/or was otherwise seeking to stop Plaintiff on November 16, 2007.

5.    All documents which relate to Plaintiff.

hp LaserJet *3380*



Mar-7-2008    3:10PM

| Fax Call Report |
| --- |

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 24 | 3/ 7/2008 | 3:08:53PM | Send | 18473574138 | 1:23 | 5 | OK |

# F  A  C  S  I  M  I  L  E


KULWIN
MASCIOPINTO
KULWIN

**CONFIDENTIALITY NOTE:** The information contained in this facsimile transmittal is legally privileged and confidential information intended only for the use of the individual listed below. If the reader of this transmission is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this transmission is strictly prohibited.

**To:**       Custodian of Records
              Village of Elk Grove Police Department

**Fax No.:**  847/357-4138

**From:**     Jeffrey R. Kulwin

**Sent By:**  Angela

**Pages:**    5  (including this cover sheet)

**Date:**     March 7, 2008

Our automatic telecopier number is (312) 855-0350.  If you experience problems in receiving this transmission, please call us at (312) 641-0300.

**NOTES:**

KULWIN, MASCIOPINTO & KULWIN, L.L.P.  161 NORTH CLARK STREET  SUITE 2500  CHICAGO, IL 60601
T: 312.641.0300   F: 312.855.0350   WWW.KMKLAWLLP.COM

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Custodian of Records
Village of Elk Grove Police Department
900 Wellington Ave.
Elk Grove, IL 60007

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7007 0220 0003 0233 8683

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

KULWIN
MASCIOPINTO &
KULWIN

161 North Clark Street
Suite 2500
Chicago, IL 60601



**CERTIFIED MAIL**

7007 0220 0003 0233 8683

Custodian of Records
Village of Elk Grove Police Department
900 Wellington Ave.
Elk Grove, IL 60007



CHICAGO
MAR -7 08
IL



# 0000009226

U.S. POSTAGE
0521
★★★
POSTALIA 3014.91

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Kulwin Masciopinto & Kulwin, LLP
161 N. Clark Street, Suite 2500
Chicago, IL 60601