# KMK
### KULWIN MASCIOPINTO KULWIN

March 14, 2008

*Via facsimile (847) 357-4138*
Debbie Lukasiak
Village of Elk Grove Police Department
901 Wellington Ave.
Elk Grove, IL 60007

Re:   *Daniel Poole v. City of Burbank, et al.*; No. 07 C 6355

Dear Ms. Lukasiak,

Thank you for taking the time to speak with me today. I am writing to confirm our conversation earlier this morning, where you informed me that due to a pending criminal investigation, the nature of which could not be disclosed, the Village of Elk Grove Police Department has refused to produce any information or documents responsive to the subpoena issued to the Police Department in the above-referenced matter relating to Daniel Poole and/or his accident in Elk Grove on or around November 16, 2007.

If you believe this letter is inaccurate in any way, please contact me immediately. Thank you for your attention to and cooperation in this matter.

Very truly yours,

*Kristine Chung*
Kristine Chung

**EXHIBIT B**

hp LaserJet *3380*



Mar-14-2008  11:40AM

| Fax Call Report | | | | | | | |
|---|---|---|---|---|---|---|---|
| Job | Date | Time | Type | Identification | Duration | Pages | Result |
| 172 | 3/14/2008 | 11:39:44AM | Send | 18473574138 | 0:50 | 2 | OK |

F  A  C  S  I  M  I  L  E



KULWIN
MASCIOPINTO
KULWIN

CONFIDENTIALITY NOTE: The information contained in this facsimile transmittal is legally privileged and confidential information intended only for the use of the individual listed below. If the reader of this transmission is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this transmission is strictly prohibited.

To:      Debbie Lukasiak
Fax No.: 847/357-4138
From:    Kristine Chung
Pages:   2 (including this cover sheet)
Date:    March 14, 2008

Our automatic telecopier number is (312) 855-0350. If you experience problems in receiving this transmission, please call us at (312) 641-0300.

NOTES:

KULWIN, MASCIOPINTO & KULWIN, L.L.P.   161 NORTH CLARK STREET  SUITE 2500  CHICAGO, IL 60601
T: 312.641.0300   F: 312.855.0350   WWW.KMKLAWLLP.COM