UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DANIEL POOLE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 6355 |
| v. | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| **VILLAGE OF BURBANK,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:  *Via Electronic Filing*          *Via Facsimile*
Joseph Cainkar                         George Knickerbocher
LOUIS F. CAINKAR, LTD.                 Village of Elk Grove
30 N. LaSalle St., Suite 3922          900 Wellington Ave.
Chicago, IL 60602                      Elk Grove, IL 60007

PLEASE TAKE NOTICE that on **April 8, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before Honorable Elaine E. Bucklo or any Judge sitting in her stead in **Room 1441** in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiff's Motion to Enforce the Subpoena Issued to the Village of Elk Grove Police Department*, a copy of which is attached hereto and served upon you.

### CERTIFICATE OF SERVICE

I, Jeffrey R. Kulwin, an attorney, on oath state that I served a copy of the aforementioned document(s), along with this Proof of Service to the attorneys listed above in the manner described above on April 3, 2008.

/s/ Jeffrey R. Kulwin

KULWIN, MASCIOPINTO & KULWIN, L.L.P.
161 North Clark Street, Suite 2500
Chicago, Illinois 60601
312/641-0300