## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Daniel Poole
                                    Plaintiff,
v.                                                         Case No.: 1:07−cv−06355
                                                           Honorable Elaine E. Bucklo

Village of Burbank, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo:Defendants' motion for extension of time [23] is granted. Fact discovery is extended to 8/13/08; and expert discovery to 11/13/08. Dispositive motion will be due by 9/12/08. Status hearing held on 4/4/2008 and continued to 8/13/08 at 9:30 a.m.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.