UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Daniel Poole
                              Plaintiff,
v.                                                    Case No.: 1:07−cv−06355
                                                      Honorable Elaine E. Bucklo
Village of Burbank, et al.
                              Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, April 7, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo:Pursuant to plaintiff's request, plaintiff's motion to enforce [25] subpoena is entered and continued to 4/15/2008 at 09:30 AM.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.