LETTERS OF OFFICE - PLENARY GUARDIAN OF PERSON OF A DISABLED PERSON    (Rev. 12/23/03) CCP 0206

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - PROBATE DIVISION

ESTATE OF
DANIEL POOLE

A Disabled Person

No. 2008 P 001541

Docket

Page

LETTERS OF OFFICE - PLENARY GUARDIAN OF PERSON OF A DISABLED PERSON

JAMES SIMPSON ___has been appointed plenary guardian of the person of       DANIEL POOLE,
a disabled person, and is authorized to have under the direction of the court of the custody of the ward and to do all acts required by law.

WITNESS, April 30, 2008

Dorothy Brown
Clerk of the Circuit Court



CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

WITNESS, April 30, 2008

DLB

Clerk of Court

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS