IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL POOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6355 |
| | ) | |
| CITY OF BURBANK, a Municipal Corporation, CITY OF BURBANK POLICE DEPARTMENT OFFICERS KARA KUSH, Star No. 119, and GREGORY PEROVICH, Star No. 134, sued in their individual and official Capacities as officers of the City of Burbank Police Department, | ) ) ) ) ) ) ) ) | Judge Bucklo  Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See attached service list.

On June 17, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2541, at 219 South Dearborn, Chicago, Illinois 60604, and present:

Defendants' Partial Motion to Dismiss Pursuant to FRCP 12(b)(6); a copy of which is attached hereto.

S/      Joseph Cainkar

JOSEPH CAINKAR - 06281109
LOUIS F. CAINKAR, LTD.
Attorneys for the Defendants
30 North LaSalle Street - #3922
Chicago, Illinois 60602-3333
(312) 236-3985

**SERVICE LIST**

Shelly B. Kulwin
Anthony J. Masciopinto
Jeffrey R. Kulwin
KULWIN, MASCIOPINTO & KULWIN, LLP
161 North Clark Street, Suite 2500
Chicago, IL 60601


Marvin I. Bloom
LAW OFFICES OF MARVIN BLOOM
53 West Jackson Boulevard, Suite 1430
Chicago, IL 60604


### CERTIFICATE OF SERVICE

     I, the undersigned, an attorney, on oath state:  I served a copy of the Notice of Motion by e-mailing a copy to the CMT System for the Northern District of Illinois on May 30, 2008.


     S/_____Joseph Cainkar_____