UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Daniel Poole
                    Plaintiff,

v.                                              Case No.: 1:07−cv−06355
                                                Honorable Elaine E. Bucklo

Village of Burbank, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo: Defendants' partial motion to dismiss pursuant to FRCP(12)(B)(6) [35] is entered. Plaintiff to respond by 7/8/2008 and defendants to reply by 7/22/2008. Ruling will be by mail on or about 8/15/2008. No appearance is necessary on 6/17/2008. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.