**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **DANIEL POOLE**, ) | |
|       Plaintiff, ) | |
| ) | Case No. 07 C 6355 |
| v. ) | |
| ) | **JURY DEMAND** |
| ) | |
| **CITY OF BURBANK,** *et al.* ) | |
|       Defendants. ) | |

**NOTICE OF MOTION**

To:    Joseph Cainkar
        LOUIS F. CAINKAR, LTD.
        30 N. LaSalle St., Suite 3922
        Chicago, IL 60602

    On **July 16, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bucklo or any Judge sitting in that Judge's stead, at 219 S. Dearborn, Chicago, Illinois, in court room 1441, or such other courtroom as may be assigned, and there Present *Plaintiff's Unopposed Motion for an Extension of Time to Complete Discovery*.

**CERTIFICATE OF SERVICE**

    I, Jeffrey R. Kulwin, hereby certify that service of this notice and the aforementioned Motion has been served upon the above-referenced attorney(s) before 5:00 p.m. of July 11, 2008.

                                                By:  /s/ Jeffrey R. Kulwin

Shelly B. Kulwin
Jeffrey R. Kulwin
KULWIN, MASCIOPINTO & KULWIN, L.L.P.
161 N. Clark St., Suite 2500
Chicago, IL 60601
(312) 641-0300