UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Daniel Poole
                              Plaintiff,

v.                                                   Case No.: 1:07−cv−06355
                                                          Honorable Elaine E. Bucklo

Village of Burbank, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's unopposed motion for extension of time [37] until 7/28/08 to respond to motion to dismiss is granted. Accordingly, reply is extended to 8/11/08. Target date for ruling by mail reset for 8/25/08. Plaintiff's unopposed motion for extension of time until 11/13/08 to complete discovery [39] is also granted. Accordingly, status hearing reset for 9/26/2008 at 09:30 AM. Pretrial conference and trial are vacated.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.