**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **DANIEL POOLE**, ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6355 |
| v. ) | |
| ) | **JURY DEMAND** |
| ) | |
| **CITY OF BURBANK**, *et al.* ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To:   Joseph Cainkar
      LOUIS F. CAINKAR, LTD.
      30 N. LaSalle St., Suite 3922
      Chicago, IL 60602

On **July 30, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bucklo or any Judge sitting in that Judge's stead, at 219 S. Dearborn, Chicago, Illinois, in court room 1441, or such other courtroom as may be assigned, and there Present *Plaintiff's Motion for an Extension of Time*.

**CERTIFICATE OF SERVICE**

I, Jeffrey R. Kulwin, hereby certify that service of this notice and the aforementioned Motion has been served upon the above-referenced attorney(s) on this July 25, 2008 before 5:00 p.m.

By:   /s/ Jeffrey R. Kulwin

Shelly B. Kulwin
Jeffrey R. Kulwin
KULWIN, MASCIOPINTO & KULWIN, L.L.P.
161 N. Clark St., Suite 2500
Chicago, IL 60601
(312) 641-0300