UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Daniel Poole
                 Plaintiff,

v.                                             Case No.: 1:07−cv−06355
                                              Honorable Elaine E. Bucklo

Village of Burbank, et al.
                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's motion for extension of time to file response/reply regarding MOTION by Defendants Village of Burbank, Kara Kush, Gregory Perovich to dismiss *a part of the Amended Complaint*[35] [42] is granted. Responses due by 8/11/2008. Replies due by 8/25/2008. Target date for ruling by mail reset for 9/19/08.mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.