**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Daniel Poole
                        Plaintiff,

v.                                             Case No.: 1:07−cv−06355
                                               Honorable Elaine E. Bucklo

Village of Burbank, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's motion to dismiss [35] is denied as moot. Plaintiff's motion for leave to file [45] amended complaint heard on 8/18/08 and the motion is granted as unopposed. Defendant has 20 days to answer or otherwise plead.Status hearing held on 8/18/2008. Status hearing set for 11/5/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.